UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15CR195(JBA) |
| v. | |
| MOHSEN YOUSSEF | March 2, 2017 |

FILED
2017 MAR 2 PM 1 52
U.S. DISTRICT COURT
NEW HAVEN, CT.

MOTION TO UNSEAL

The United States of America, by and through Avi M. Perry, Assistant United States Attorney, United States Attorney's Office, District of Connecticut, moves the Court for an order unsealing this case and the indictment returned by the grand jury on October 22, 2015.

By way of background, on October 22, 2015, a grand jury sitting in the District of Connecticut returned a sealed, multi-count indictment against the defendant, Mohsen Youssef. The grand jury indicted the defendant for allegedly defrauding banks and other lenders in connection with securing financing for his businesses. The defendant was charged with one count of Mail Fraud, in violation of 18 U.S.C. § 1341, two counts of Wire Fraud, in violation of 18 U.S.C. § 1343, and eleven counts of Bank Fraud, in violation of 18 U.S.C. §§ 1344 and 2.

Since the time of the indictment, the government has been working to extradite the defendant from Canada. On March 1, 2017, pursuant to the government's extradition request, the defendant was arrested by local law enforcement authorities in Canada. He is currently detained in Canada pending the conclusion of extradition proceedings or further order of the court in Canada. As a result, the government

1

believes there is no longer a need for this case or the indictment to remain under seal in order to secure the defendant's presence in the District of Connecticut.

Wherefore, the United States respectfully requests that the Court enter an order unsealing this case and the indictment.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
avi.m.perry@usdoj.gov
203-821-3700
Fax: 203-773-5377
Federal Bar No. phv07156

CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of March, 2017, a copy of the foregoing motion was filed by hand.

/s/ Avi M. Perry

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY