UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15CR195(JBA) |
| | : | |
| v. | : | |
| | : | |
| MOHSEN YOUSSEF | : | April 6, 2017 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.   Eligibility of Case

This case is eligible for pretrial detention because it involves:

_____   a crime of violence as defined in Title 18, United States Code, Section 3156;

_____   an offense for which the maximum sentence is life imprisonment or death;

_____   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

_____   any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local

       offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

    __ X __ a serious risk that the defendant will flee; and/or

    __ X __ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.    <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

    __ X __ the defendant's appearance as required; and/or

    __ X __ the safety of any other person and the community.

III.    <u>Rebuttable Presumption</u>

The Government will not invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption does not apply in this case.

IV.    <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

    __ X __ at the defendant's first appearance;

    _____ after a continuance.

                                          Respectfully submitted,

                                          DEIRDRE M. DALY
                                          UNITED STATES ATTORNEY

/s/  *Avi M. Perry*
AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07156
157 Church Street, Floor 25
New Haven, Connecticut 06510
(203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the April 6, 2017, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Avi M. Perry*
AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY