UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL CASE NUMBER: |
| v. | : |
| | : 3:15-cr-00195-JBA |
| MOHSEN YOUSSEF, | : |
| *Defendant.* | : June 2, 2017 |

## WAIVER OF SPEEDY TRIAL

Mohsen Youssef hereby waives the rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. 3161(c)(1), requiring that a trial commence within seventy days from the date that the defendant appeared for the purpose of entering a not guilty plea. In support of this waiver, Mr. Youssef states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up the rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in his best interest and outweighs the public interest in a speedy trial. He requests that the Court exclude the period from June 6, 2017 until November 7, 2017 from the period of delay

_/s/ Mohsen Youssef_  6/2/2017
Mohsen Youssef          Date

_/s/_                   6/2/2017
Ross D. Thomas          Date